COA No. 06-09-00090-CR

27 APR 2015

Dear Clerk,

I am requesting a copy of the order that was refused on my petition for discretionary review. Also, I'm wondering how to get volume 7 of my trial transcripts unsealed. The reason the record was sealed was because of Rule of Evidence 412. Two of the witnesses testimony were sealed in this record. Both of their testimonies did not fall under R.O.E. 412, because one of the witnesses was not the victim and the other witness is the adoptive mother of the victim. It is crucial for this record to be unsealed because it is beneficial for me in proving my innocence of this crime in the fight on my appeal. Thank you for your time and patience! I look forward to hearing from you soon.

Respectfully,

Keith Hubbard

Keith Hubbard #1622289
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 30 2015

Abel Acosta, Clerk